No. D–80.  In re Disbarment of Kates.  It is ordered that Robert A. Kates, of Cleveland Heights, Ohio, be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.